UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| JAMES WHEELER, individually and on behalf of all other similarly situated, | File No. 2:17-cv-00051 |
| Plaintiff, | Honorable Gordon J. Quist |
| vs. | |
| NATIVE COMMERCE STUDIOS, LLC. a California Limited Liability Company, | |
| Defendant. | |

---

H. Rhett Pinsky, Esq.
PINSKY, SMITH, FAYETTE, AND KENNEDY LLP
146 Monroe Center NW Suite 805
Grand Rapids, MI 49503
 (616) 451-8496
Attorney for Defendant

# DEFENDANT NATIVE COMMERCE'S MOTION TO DISMISS THE CLASS ACTION COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6) and as set forth in the accompanying memorandum of law, defendant Native Commerce Studios, LLC hereby requests that the Court dismiss plaintiff James Wheeler's class action complaint with prejudice.

PINSKY, SMITH, FAYETTE, AND KENNEDY LLP
                    Attorney for Defendant

Dated: August 30, 2017                    By: _____
                                          H. Rhett Pinsky
                                          146 Monroe Center NW Suite 805
                                          Grand Rapids, MI 49503
                                          (616) 451-8496