UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| JAMES WHEELER, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff,*<br><br>v.<br><br>NATIVE COMMERCE STUDIOS, LLC, a California Limited Liability Company,<br><br>   *Defendant.* | Case No. 2:17-cv-00051<br><br>Hon. Gordon J. Quist<br><br>**STIPULATION TO CONTINUE CASE DEADLINES THIRTY (30) DAYS IN ORDER TO FINALIZE POTENTIAL RESOLUTION** |

  Plaintiff James Wheeler ("Wheeler") and Native Commerce Studios, LLC ("Native Commerce") (together, the "Parties"), by and through their undersigned counsel, respectfully provide notice to the Court that the Parties have reached an agreement in principle to resolve this matter. As a result, the Parties jointly submit that good cause exists, subject to the Court's approval, for the Court to enter an order continuing all case deadlines by thirty (30) days so that the parties may focus their efforts and resources on finalizing their agreement. In support of the instant request, the Parties state as follows:

  WHEREAS, on March 18, 2018, the Court ordered jurisdictional discovery to determine whether it had subject matter jurisdiction over Wheeler's state law claims and set deadlines by which jurisdictional discovery and supplemental briefing were to be completed (Dkt. 29);

  WHEREAS, since the time the Court entered its March 18 order and in addition to proceeding with the jurisdictional discovery, the Parties have engaged in discussions regarding the potential resolution of this matter;

  WHEREAS, the Parties' discussions led to an agreement-in-principle to resolve this matter and indeed, a draft written settlement agreement is currently in circulation amongst them;

WHEREAS, the Parties have further conferred and agreed that they would benefit of a modest extension of all pending case deadlines in order to focus their efforts and resources on finalizing the potential settlement;

WHEREAS, the Parties have not previously sought any stay or extension related to the Court-ordered jurisdictional discovery;

WHEREAS, in light of the foregoing, the Parties believe that a thirty (30) day extension of all pending case deadlines is in the interest of judicial economy and efficiency, will preserve the Court's and the Parties' resources, and that good cause exists to grant the same.

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1. The current case schedule and all related deadlines, including the deadlines set pursuant to the Court's March 18, 2018 Order (Dkt. 29), are hereby continued by thirty (30) days.

IT IS SO STIPULATED.

**JAMES WHEELER**, individually and on behalf of all others similarly situated,

Dated: May 29, 2018

By: /s/ Benjamin H. Richman
    One of Its Attorneys

Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**NATIVE COMMERCE STUDIOS, LLC**,

Dated: May 29, 2018

By: /s/ Ari N. Rothman (with permission)
    One of Its Attorneys

Ari N. Rothman

Shahin O. Rothermel
VENABLE LLP
600 Massachusetts Avenue NW
Washington, D.C. 20001
Tel: 244.344.4000

H. Rhett Pinsky
PINSKY, SMITH, FAYETTE, AND KENNEDY LLP
146 Monroe Center NW, Suite 805
Grand Rapids, Michigan 49503
Tel: 616.451.8496

## **ORDER**

The Court, being fully advised of the premises,

IT IS ORDERED that:

1. The current case schedule and all related deadlines, including the deadlines set pursuant to the Court's March 18, 2018 Order (Dkt. 29), are hereby continued by thirty (30) days.

Dated: May __30__, 2018                   __/s/ Gordon J. Quist_____
                                          Hon. Gordon J. Quist
                                          United States District Judge

3